BRICTSON, Appellant, v. AURORA GRAIN COMPANY et al, Respondents (BRIGHTWELL, Intervener).

(*216 N. W. 949.*)

(File No. 6614. Opinion filed December 31, 1927.)

*M. E. Culhane* and *B. H. Schaphorst,* both of Brookings, and *F. C. Austin,* of Minneapolis, Minn., for Appellant.

*Hall, Purdy & Eidem,* of Brookings, and *Gardner & Churchill,* of Huron, for Appellees.

PER CURIAM. In the above-entitled cause the record was settled on May 6, 1927, and certified copy of notice of appeal was filed in this court on October 18, 1927. There has been no extension of time, and no brief has been filed by appellant. Therefore, pursuant to rule 5 of this court, the appeal will be deemed abandoned, and the judgment and order appealed from are affirmed.